# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MARTHA L. MCKENZIE-JONES  
417 WALNUT STREET, #4  
ROCKFORD, IL  61104  
SSN-xxx-xx-4661

Case Number: 07-71179

Case filed on: 5/15/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $4,867.50         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,231.50 | 3,231.50 | 3,104.20 | 0.00 |
|  | Total Legal | 3,231.50 | 3,231.50 | 3,104.20 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 38,020.63 | 15,874.26 | 0.00 | 0.00 |
|  | Total Priority | 38,020.63 | 15,874.26 | 0.00 | 0.00 |
| 999 | MARTHA L. MCKENZIE-JONES | 0.00 | 0.00 | 260.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 260.00 | 0.00 |
| 001 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 22,983.87 | 747.13 | 747.13 | 457.97 |
| 001 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ED HORNBECK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 4,041.00 | 4,041.00 | 0.00 | 0.00 |
|  | Total Secured | 27,024.87 | 4,788.13 | 747.13 | 457.97 |
| 002 | INTERNAL REVENUE SERVICE | 0.00 | 22,146.37 | 0.00 | 0.00 |
| 003 | AAA FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CHECK INTO CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COMED CO | 872.29 | 872.29 | 0.00 | 0.00 |
| 008 | ED HORNBECK | 2,221.92 | 2,221.92 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 620.22 | 620.22 | 0.00 | 0.00 |
| 010 | ILLINOIS TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NICOR GAS | 4,629.77 | 4,629.77 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 855.22 | 855.22 | 0.00 | 0.00 |
| 014 | ROCK RIVER WATER RECLAMATION DIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | SECURITY FINANCE | 235.50 | 235.50 | 0.00 | 0.00 |
| 017 | COTTONWOOD FINANCIAL | 872.60 | 872.60 | 0.00 | 0.00 |
| 018 | ASPIRE VISA | 504.87 | 504.87 | 0.00 | 0.00 |
| 020 | JENNIFER MCKENZIE | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY INC | 317.81 | 317.81 | 0.00 | 0.00 |
|  | Total Unsecured | 11,130.20 | 33,276.57 | 0.00 | 0.00 |
|  | Grand Total: | 79,407.20 | 57,170.46 | 4,111.33 | 457.97 |

Total Paid Claimant:     $4,569.30  
Trustee Allowance:       $298.20           Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:     0.00          discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008           By  /s/Heather M. Fagan